**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LEE KINZER, TONY CHIRICO,**

        **Plaintiffs,**

**-vs-**                           **Case No. 6:11-cv-465-Orl-28KRS**

**NEXUS ENTERPRISES, INC., THIJS STELLING,**

        **Defendants.**
_____

# ORDER

This case is before the Court on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. No. 37) filed January 18, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 28, 2012 (Doc. No. 40) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. No. 37) is **DENIED**.

3. Defendants shall file their Answer to Plaintiffs' First Amended Complaint within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___23rd___ day of April, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

_____
JOHN ANTOON II
United States District Judge