**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LEE KINZER, TONY CHIRICO,**

        **Plaintiffs,**

**-vs-**                                  **Case No. 6:11-cv-465-Orl-28KRS**

**NEXUS ENTERPRISES, INC., THIJS STELLING,**

        **Defendants.**
_____

# ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice (Doc. No. 46) filed June 20, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non-Objection to the Report and Recommendation (Doc. No. 48), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 5, 2012 (Doc. No. 47) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act provisions.

3. The Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice (Doc. No. 46) is **GRANTED in part**.  The Court declines to reserve jurisdiction to enforce the settlement.

4. Counsel for Plaintiffs is prohibited from withholding any of the amounts payable to Plaintiffs under the settlement under a contingent fee agreement or otherwise.

5. Counsel for Plaintiffs shall provide a copy of this Order to Plaintiffs.

6. This case is dismissed with prejudice.

7. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 10th day of July, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record